**COMMISSIONER OF INTERNAL REVENUE**

v.

**HEDGES.**

**COMMISSIONER OF INTERNAL REVENUE**

v.

**CHILDRESS.**

No. 13700.

United States Court of Appeals, Ninth Circuit.

May 10, 1954.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Helen Goodner, Dudley J. Godfrey, Jr., Charles K. Rice, Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Kenneth C. Hawkins, Milton P. Sachman, Thomas E. Grady, Jr., Yakima,

Wash., A. R. Kehoe, Jones, Birdseye & Grey, Seattle, Wash., for respondents.

Before STEPHENS, HEALY and POPE, Circuit Judges.

PER CURIAM.

These matters are here on petition to review a decision of the Tax Court. The judgment of the Tax Court is affirmed on the ground and for the reasons given in its opinion, 18 T.C. 681.